UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| TEANDRA S. GILL, | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:18-cv-676 |
| v. | ) |
| | ) Honorable Phillip J. Green |
| SUBURBAN CADILLAC OF LANSING, LLC., | ) |
| Defendant. | ) |

## **JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion and Order, judgment is hereby entered in defendant's favor on all plaintiffs' claims.

Dated: January 14, 2020       /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                United States Magistrate Judge